# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANDREW HRISHENKO,

Petitioner

v.

LAURA A. COOMBS,

Respondent

: No. 50 WM 2014
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.